VON BREMEN et al. v. MacMONNIES et al.

(Supreme Court, Appellate Division, First Department. May 28, 1909.)

INJUNCTION (§ 136*)—PRELIMINARY INJUNCTION—GROUNDS OF REMEDY.

A preliminary injunction is properly denied, if it is not necessary to protect plaintiff pending the action; and the question as to what relief, if any, is to be granted, should be left to be determined on the trial of the action.

[Ed. Note.—For other cases, see Injunction, Cent. Dig. §§ 305, 306; Dec. Dig. § 136.*]

Appeal from Special Term, New York County.

Action by Henry Von Bremen and others against Frank MacMonnies and others. From an order denying a motion for a preliminary injunction, plaintiffs appeal. Affirmed.

Argued before INGRAHAM, McLAUGHLIN, CLARKE, HOUGHTON, and SCOTT, JJ.

G. Lange, Jr., for appellant.
G. H. Fletcher, for respondent.

PER CURIAM. Without passing upon the question as to what, if any, relief the plaintiff is entitled to, we affirm the order appealed from on the ground that no injunction is necessary to protect the plaintiff during the pendency of the action. The question as to what relief, if any, is to be granted, should be left to be determined upon the trial of the action, when the evidence is all before the court.

Order affirmed, with $10 costs and disbursements.

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes